IN RE APPLICATION OF THE METHODIST THEOLOGICAL SCHOOL IN OHIO FOR EXEMPTION OF REAL PROPERTY FROM TAXATION : THOMAS, AUD., APPELLANT, *v.* BOARD OF TAX APPEALS, DEPARTMENT OF TAXATION, ET AL.; THE METHODIST THEOLOGICAL SCHOOL IN OHIO, APPELLEE.

[Cite as Thomas, Aud., v. Board of Tax Appeals, 5 Ohio St. 2d 182.]

(No. 39581—Decided February 16, 1966.)

184

*Mr. George Cleveland Smythe*, prosecuting attorney, and *Mr. H. Lloyd Jones*, for appellant.

*Messrs. Bricker, Evatt, Barton, Eckler & Niehoff* and *Mr. William R. Chadeayne*, for appellee.

*Per Curiam.* The decision of the Board of Tax Appeals is affirmed on authority of *Denison University* v. *Board of Tax Appeals*, 2 Ohio St. 2d 17.

*Decision affirmed.*

TAFT, C. J., MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.